

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-18-00042-CV

$5,612.00 U.S. CURRENCY                                             APPELLANT

V.

THE STATE OF TEXAS                                                   APPELLEE

----------

FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY
TRIAL COURT NO. S-13423-16

----------

## MEMORANDUM OPINION[1]

----------

On January 3, 2018, Appellant Damon Gonzalez filed a notice of his intent to appeal the default judgment entered against him on February 28, 2017. By letter dated February 1, 2018, we notified Appellant of our concern that we may not have jurisdiction over this appeal because the notice of appeal was not timely filed. Tex. R. App. P. 26.1. As no postjudgment motions were filed to extend the

---

[1]*See* Tex. R. App. P. 47.4.

appellate deadline, the notice of appeal was due March 30, 2017. *See id.* We cautioned Appellant that his appeal may be dismissed for want of jurisdiction unless we received a response showing grounds for continuing the appeal within 10 days. *See* Tex. R. App. P. 42.3(a).

Appellant filed a response but did not provide us with any basis of jurisdiction over his appeal. Therefore, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *see also In re D.A.*, No. 02-15-00346-CV, 2015 WL 9244637, at *1 (Tex. App.—Fort Worth Dec. 17, 2015, no pet.) (mem. op.) ("The time for filing a notice of appeal is jurisdictional in this court, and absent a timely-filed notice of appeal or extension request, we must dismiss the appeal.").

PER CURIAM

PANEL:  SUDDERTH, C.J.; WALKER and MEIER, JJ.

DELIVERED:  March 8, 2018

2